2. If such decree had been passed at chambers it would have been invalid, but in the absence of all testimony (except as above stated) it must be assumed that the cause was heard in open court. The failure to file the decree did not affect its validity.

3. Unless it is manifest that some surprise has been taken or injustice worked, the admission by the Circuit judge of further testimony after the parties had announced that they had closed their evidence and the argument had commenced, is within his discretion and will not be disturbed. OPINION by MR. CHIEF JUSTICE SIMPSON, November 29th, 1882. *Glover & Abney,* for appellant. *J. C. Sheppard,* contra.

No. 1310. **The State, ex relatione Williams,** *v.* **Sims.** November Term, 1882. This was an order dismissing an application for a writ of *mandamus* to require the State board of canvassers to canvass the votes and declare the election of the relator as clerk of the court for Edgefield county. The case is identical with that of *State, ex.rel. Anderson,* v. *Sims, ante* 460, and the opinion in this case simply refers to the decision in that. Order PER CURIAM, December 2d, 1882. *Butler & Simkins,* for relator. *Youmans,* attorney general, contra.

No. 1319. **Ex parte Blake.** November Term, 1882. This was a petition by Julius A. Blake and others for a rehearing of the case of *Annely* v. *DeSaussure,* 17 *S. C.* 389, based principally upon the ground that the opinion of Chief Justice Willard, in 12 *S. C.* 488, was the judgment of the court upon all the points therein discussed. The court held that so far as the question of improvements was concerned, there was no concurrence by the associate justices with the views of the then Chief Justice. Petition refused. Order PER CURIAM, January 24th, 1883. *Campbell & Whaley,* for petitioners.

No. 1322. **State** *v.* **Sims.** November Term, 1882. Application to reduce bail, upon the affidavit of the prosecutrix, who was the wife of the prisoner. Application refused, the facts stated in the original affidavit upon which the warrant was issued, not being denied. PER CURIAM, January 27th, 1882. *D. Johnson, Jr.,* for petitioner. *Gantt,* solicitor, contra.